JACQUELINE TIRINNANZI, ESQ.
Nevada Bar No. 13266
jt@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 W. Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorney for Maurice Williamson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAURICE WILLIAMSON,<br><br>Defendant. | CASE NO. 2:21-cr-00129-APG-EJY<br><br>**STIPULATION TO PERMIT TRAVEL TO CALIFORNIA** |

IT IS HEREBY STIPULATED AND AGREED by and between Joshua Brister, Assistant United States Attorney, and Jacqueline Tirinnanzi, counsel for Defendant Maurice Williamson, that the defendant be permitted to travel to Riverside, California from March 18-21.

The stipulation is entered for the following reasons:

1. On December 21, 2021, this Court granted Mr. Williamson's second motion to modify conditions of release, resulting in the removal of conditions requiring home detention and GPS monitoring; all other conditions remained in place. ECF No. 49.

2. Currently, Mr. Williamson's pretrial release conditions permit him to travel freely within Clark County, Nevada. ECF. No. 12 at p. 3.

3. On the weekend of March 18-21, 2022, Mr. Williamson would like to travel to Riverside, California, for the purposes of visiting and staying with his elderly

mother, Carolyn Williamson, to assist with repairs to her home, and to visit with his seven grandchildren (including newborn twins).

4. Mr. Williamson has followed all directives of pretrial release and has been in regular contact with the undersigned.

5. Mr. Williamson is willing to provide all travel details to Pretrial Services.

6. U.S. Pretrial Services Officer Samira Barlow has indicated that she has no objection to the travel request.

7. The government defers to the position of pretrial services on the issue, and therefore does not oppose the travel.

Dated this 13th day of March 2022.

*/s/Joshua Brister*_____                                    */s/Jacqueline Tirinnanzi*_____
Assistant U.S. Attorney                                              Counsel for Maurice Williamson
Counsel for the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAURICE WILLIAMSON,<br><br>Defendant. | CASE NO. 2:21-cr-00129-APG-EJY<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

## FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On December 21, 2021, this Court granted Mr. Williamson's second motion to modify conditions of release, resulting in the removal of conditions requiring home detention and GPS monitoring; all other conditions remained in place. ECF No. 49.

2. Currently, Mr. Williamson's pretrial release conditions permit him to travel freely within Clark County, Nevada. ECF. No. 12 at p. 3.

3. On the weekend of March 18-21, 2022, Mr. Williamson would like to travel to Riverside, California, for the purposes of visiting and staying with his elderly mother, Carolyn Williamson, to assist with repairs to her home, and to visit with his seven grandchildren (including newborn twins).

4. Mr. Williamson has followed all directives of pretrial release and has been in regular contact with the undersigned.

5. Mr. Williamson is willing to provide all travel details to Pretrial Services.

6. U.S. Pretrial Services Officer Samira Barlow has indicated that she has no

objection to the travel request.

7. The government defers to the position of pretrial services on the issue, and therefore does not oppose the travel.

**ORDER**

**Based upon the stipulation of the parties, IT IS HEREBY ORDERED,** that Maurice Williamson's travel restrictions be modified to permit him to travel to Riverside, California March 18-21, 2022. All other conditions of pretrial release shall remain in full effect.

DATED: __March 14, 2022_____

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE