JACQUELINE TIRINNANZI, ESQ.
Nevada Bar 13266
jt@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 W. Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: (702) 463-9074

*Attorney for Maurice Williamson Sr.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAURICE WILLIAMSON,<br><br>Defendant. | CASE NO. 2:21-CR-00129-APG-EJY<br><br>**UNOPPOSED MOTION FOR TRAVEL** |

COMES NOW, Defendant, Maurice Williamson Sr., and hereby respectfully requests this Honorable Court issue an order granting Defendant leave to travel outside Clark County, Nevada to the Riverside, CA area on November 25, 2022 through November 27, 2022.

To date, Mr. Williamson has been compliant with all terms of his supervised release. Mr. Williamson will be staying with his elderly mother, Carolyn Williamson, whose address was provided to pretrial services and the AUSA.

Both pretrial services and the AUSA do not oppose the travel request, and pretrial services verified the travel information with Carolyn Williamson. For these reasons, Mr. Williamson respectfully requests the Court grant his Unopposed Motion for Travel from the period of November 25, 2022 through November 27, 2022.

Dated this 10th day of November 2022.

Respectfully submitted,

*/s/ Jacqueline Tirinnanzi*
JACQUELINE TIRINNANZI, ESQ
Nevada Bar No. 13206
1070 W. Horizon Ridge Pkwy, Suite 202
Henderson, NV 89012
Telephone: 702.463.9074
Attorney for Defendant
*Maurice Williamson*

IT IS SO ORDERED:

Dated: November 14, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE