JACQUELINE TIRINNANZI, ESQ.
Nevada Bar 13266
TIRINNANZI LAW PLLC
2370 Corporate Circle Drive, Suite 190
Henderson, Nevada 89074
jackie@tirinnanzilaw.com
Telephone: (702) 912-3834

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAURICE WILLIAMSON,<br><br>Defendant. | CASE NO. 2:21-CR-00129-APG-EJY<br><br>**ORDER PERMTTNG DEFENDANT TRAVEL** |

IT IS HEREBY ORDERED that Defendant Maurice Williamson's Request for Travel outside Clark County, Nevada to Riverside, California on April 20, 2023 to April 21, 2023 is hereby GRANTED.

Dated this <u>18th</u> day of April, 2023.

_____
UNITED STATES COURT DISTRICT JUDGE

Respectfully Submitted,

<u>/s/ Jacqueline Tirinnanzi</u>
Jacqueline Tirinnanzi
Nevada Bar 13266
TIRINNANZI LAW PLLC
2370 Corporate Circle Drive, Suite 190
Henderson, Nevada 89074
jackie@tirinnanzilaw.com
Telephone: (702) 912-3834

1