JACQUELINE TIRINNANZI, ESQ.
Nevada Bar 13266
TIRINNANZI LAW PLLC
6675 S Tenaya Way., Suite 200
Las Vegas, Nevada 89113
Telephone: (702) 912-3834
jackie@tirinnanzilaw.com

*Attorney for Maurice Williamson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAURICE WILLIAMSON,<br><br>Defendant. | CASE NO. 2:21-CR-00129-APG-EJY<br><br>**DEFENDANT'S UNOPPOSED PETITION TO EXPAND TRAVEL** |

COMES NOW, Defendant, Maurice Williamson Sr., and hereby respectfully requests this Honorable Court issue an order granting Defendant the ability to travel outside Clark County, Nevada, hereby expanding travel condition to include the state of California.

To date, Mr. Williamson has been out of custody and compliant with all terms of his supervised release since April 2021. Mr. Williamson entered a plea of guilty to Felon in Possession of a Firearm and is scheduled to be sentenced in this case on October 4, 2023. (ECF Nos. 65, 93).

The terms of Mr. Williamson's release permit travel only within Clark County, Nevada and therefore he requests this Honorable Court grant him the ability to travel to the state of California so that he may temporarily reside in Riverside, California due to recent financial

constraints (eviction). Mr. Williamson will be staying with his elderly mother, Carolyn Williamson, where he usually stays, and whose address has been previously provided to pretrial services and the AUSA. Both pretrial services and the AUSA do not oppose the request to expand travel.

For these reasons, Mr. Williamson respectfully requests the Court grant his Unopposed Petition to Expand Travel.

Dated this 18th day of August 2023.

Respectfully submitted,

*/s/ Jacqueline Tirinnanzi*_____
JACQUELINE TIRINNANZI, ESQ
Nevada Bar 13266
jackie@tirinnanzilaw.com
Tirinnanzi Law PLLC
6675 S Tenaya Way., Suite 200
Las Vegas, Nevada 89113
Telephone: (702) 912-3834
*Attorney for Maurice Williamson*

IT IS SO ORDERED:

Dated: August 18, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE