Jacqueline Tirinnanzi, Esq.
Nevada Bar 13266
TIRINNANZI LAW PLLC
6675 S Tenaya Way., Suite 200
Las Vegas, Nevada 89074
Telephone: (702) 912-3834
jackie@tirinnanzilaw.com

*Attorney for Maurice Williamson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>MAURICE WILLIAMSON,<br><br>           Defendant. | CASE NO. 2:21-CR-00129-APG-EJY<br><br>**Motion for Leave to File Exhibit Under Seal** |

Defendant Maurice Williamson, through his attorney of record, respectfully files Exhibit B, M. Williamson Medical Records to Maurice Williamson's Sentencing Memorandum under seal. Because Exhibit C contains private medical information, the defense moves to file the exhibit under seal pursuant to Local Rule IA 10-5(a).

There is good cause to seal this document to protect Mr. Williamson's medical records from being disclosed to the public. *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010) ("In light of the weaker public interest in non-dispositive materials, we apply the 'good cause' standard when parties wish to keep them under seal.").

Because Exhibit C contains private medical information, and personal identifying information, Mr. Williamson's privacy interest in the information outweighs the public's interest in the document's disclosure. Undersigned counsel has provided the sealed Exhibit C to the

Government via electronic mail.

For the foregoing reasons, undersigned counsel respectfully requests leave to file under seal Exhibit C, M Williamson Medical Records to Maurice Williamson's Sentencing Memorandum.

Dated October 27, 2023.

                                    Respectfully Submitted,

                                    */s/ Jacqueline* Tirinnanzi
                                    JACQUELINE TIRINNANZI, ESQ.
                                    NV Bar No. 13266
                                    Tirinnanzi Law PLLC
                                    2370 Corporate Circle Drive, Suite 190
                                    Henderson, Nevada 89074

**IT IS SO ORDERED**

Having considered Defendant's Motion herein, and for good cause presented, Defendant's Motion is **GRANTED.**

    **EXHIBIT C**, consisting of Medical Records of M Williamson **SHALL BE FILED AND MAINTAINED UNDER SEAL**.

Dated: __October 30, 2023__

_____
ANDREW P. GORODN
UNITED STATES DISTRICT JUDGE